May 31, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROSEMARY HARRISON AND LESLIE WILLIAMS, Appellants

NO. 14-11-01047-CV                            V.

LANSBOUROUGH APARTMENTS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 1, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellants, Rosemary Harrison and Leslie Williams, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.